An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN LARUE SCOTT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63819



FILED

SEP 25 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from decisions denying a motion to dismiss for lack of subject matter jurisdiction and a motion to appoint counsel. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Because no statute or court rule permits an appeal from orders denying the aforementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-28576

cc: Hon. Jessie Elizabeth Walsh, District Judge
Steven Larue Scott
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk